36500.  WHITLOCK EQUIPMENT CO., INC. *v.* KIRBY.

TOWNSEND, J.  The only assignments of error in this bill of exceptions are to the order of the trial court overruling the plaintiff's demurrer to the defendant's cross-action and sustaining the defendant's oral motion to strike the plaintiff's plea of the statute of limitations directed to the cross-action. Such assignments of error are not reviewable by direct writ of error before final disposition of the case in the trial court. *Byrd* v. *Equitable Life Assurance Society,* 184 *Ga.* 178 (190 S. E. 584); *Price* v. *Stewart,* 209 *Ga.* 339 (72 S. E. 2d 459); *Knights of the Ku Klux Klan* v. *Terrell,* 155 *Ga.* 374 (116 S. E. 793). Accordingly, the writ of error must be

        *Dismissed. Gardner, P. J., and Carlisle, J., concur.*

DECIDED JANUARY 22, 1957.

*Hurt, Gaines, Baird, Peek & Peabody,* for plaintiff in error. *Fraser & Shelfer,* contra.